UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., et al.,<br><br>Defendants. | Case No. 16-mc-80122-SK<br><br>**ORDER REGARDING MOTION TO TRANSFER ENFORCEMENT OF RULE 45 SUBPOENA OR, ALTERNATIVELY, TO ENFORCE THE SUBPOENA AGAINST THIRD PARTY SIGMA DESIGNS, INC.**<br><br>Regarding Docket No. 1 |

Before the Court is the motion by Plaintiff Personalized Media Communications, LLC to transfer or enforce a subpoena served on third party Sigma Designs, Inc. ("Sigma"). A proof of service was not included with Plaintiff's motion. Plaintiff is hereby ordered to serve its motion and this order on all parties, including on Sigma and its counsel, and to file the proof of service with this Court by June 15, 2016. Any opposition to the Plaintiff's motion is due to the Court within seven (7) days after the proof of service is filed with this Court. No reply brief shall be permitted. All previously noticed dates are hereby vacated.

**IT IS SO ORDERED**.

Dated: June 10, 2016

_____
SALLIE KIM
United States Magistrate Judge