# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO SIGMA DESIGNS, INC.<br><br>IN CONNECTION WITH:<br><br>PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., HON HAI PRECISION INDUSTRY (TAIWAN) CO., LTD., WISTRON CORP., WISTRON INFOCOMM TECHNOLOGY (TEXAS) CORP., WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORP., and VIZIO, INC.,<br><br>   Defendants. | Case No: MISC CV 16-80122 SK<br><br>Case No: 2:15-cv-01206-JRG-RSP<br><br>Pending in: The United States District Court for the Eastern District of Texas, Marshall Division<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING SIGMA'S DEADLINE TO RESPOND TO PMC'S MOTION TO TRANSFER ENFORCEMENT OF RULE 45 SUBPOENA TO THE ISSUING COURT OR, ALTERNATIVELY, FOR THIS COURT TO ENFORCE THE SUBPOENA AGAINST SIGMA.**<br><br>Hon. Sallie Kim, U.S. Magistrate Judge<br><br>Current Deadline:   Friday, June 17, 2016<br>Amended Deadline: Friday, July 1, 2016 |

4346670v1/014819

1  Before the Court is the parties' stipulated request for an order extending the deadline for
2  Sigma Designs, Inc. ("Sigma") to respond to Plaintiff Personalized Media Communications,
3  LLC's ("PMC") Motion to Transfer Enforcement of Rule 45 Subpoena to the Issuing Court or,
4  Alternatively, for this Court to Enforce the Subpoena Against Sigma. The Court finds that good
5  cause for the extension exists and therefore GRANTS the stipulation.
6  It is hereby ORDERED that:
7  The deadline for Sigma's response PMC's motion shall be extended two weeks from June
8  17, 2016 to July 1, 2016. Sigma shall file its response to PMC's motion on or before July 1, 2016.
9  **IT IS SO ORDERED.**

11  Dated: June 17, 2016

                                    _____
                                    SALLIE KIM
                                    United States Magistrate Judge

1

4346670v1/014819